## IN THE DISTRICT COURT OF OHIO, SOUTHERN DISTRICT
## EASTERN DIVISION

**Dennis Rotondo, et al.,**

        Plaintiffs,                CASE NO.: 2:05-cv-00567-EAS-TPK

vs.                                JUDGE: Edwin A. Sargus

**Anheuser Busch Companies, Inc.,**        MAGISTRATE: Terence P. Kemp

        Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs hereby dismiss this action, with prejudice. Each party to bear its own costs.

                Respectfully submitted,

                s/ Keri N. Yaeger
                Timothy L. Van Eman (0002015)
                Keri N. Yaeger     (0073706)
                LAMKIN VAN EMAN TRIMBLE
                BEALS & DOUGHERTY, LLP
                500 South Front Street, Suite 200
                Columbus, OH 43215-5671
                tvaneman@lvtbd.com
                kyaeger@lvtbd.com
                (614) 224-8187
                (614) 224-4943 - Facsimile
                *Attorneys for Plaintiffs*

                s/ Mark A. Knueve
                Mark A. Knueve (0067074)
                Stacia Marie Jones (0072401)
                VORYS, SATER, SEYMOUR AND PEASE, LLP
                52 East Gay Street, P. O. Box 1008
                Columbus, Ohio 43216-1008
                maknueve@vssp.com
                smjones@vssp.com
                (614) 464-6400
                (614) 464-6350 - Facsimile
                Attorneys for Defendant Anheuser-Busch, Inc.